FILE COPY



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

EILEEN FRANCES NORTH           CAUSE NUMBER PD-0866-17

vs.

THE STATE OF TEXAS

## <u>ORDER</u>

The above styled and numbered cause is before this Court on petition for discretionary review from appellant's conviction in Cause No. F14-35144-L from the Criminal District Court 5 of Dallas County.

The Court is of the opinion that the State's Exhibit 640 (CD/DVD) should be inspected. Pursuant to TEX. R. APP. P. 34.6(g)(2), the District Clerk of Dallas County is ordered to file the Exhibit with the Clerk of this Court on or before the 27th day of November, 2017.

IT IS SO ORDERED THIS THE 13TH DAY OF NOVEMBER, 2017

PER CURIAM

EN BANC
DO NOT PUBLISH